JS 44C/SDNY
REV. 07/08/16

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
JODI JONES, et al. (PLEASE SEE ATTACHED FOR MORE PLAINTIFFS)

**DEFENDANTS**
THE BLEACHERS CORPORATION, et al. (PLEASE SEE ATTACHED FOR MORE DEFENDANTS)

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
KARLINSKY LLC
1500 Broadway, Suite 812
New York, New York 10036
(646)437-1430

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Action for securities fraud (that is, for violations of Section 12 of the 1933 Act, 15 U.S.C. § 78l, etc.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]   Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?   No [x]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)   **NATURE OF SUIT**

**TORTS** — **ACTIONS UNDER STATUTES**

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING

[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES (U S Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[x] 850 SECURITIES/ COMMODITIES/ EXCHANGE

[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS

[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 718,000.00   OTHER Punitive Damages

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____  DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
  [ ] a. all parties represented
  [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)   **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*
[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [X] 3 FEDERAL QUESTION   [ ] 4 DIVERSITY
(U.S. NOT A PARTY)

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**
(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
PLEASE SEE ATTACHED SHEET

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
PLEASE SEE ATTACHED SHEET

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.
DO NOT check either box if this is a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] MANHATTAN

DATE 3/16/17   SIGNATURE OF ATTORNEY OF RECORD
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 08  Yr. 1977 )
Attorney Bar Code # mk1639

Magistrate Judge is to be designated by the Clerk of the Court.
Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JODI ANN JONES, individually and as assignee
of Jack Becht, MATT FRANKLIN, EVGENIY
KIRICHENKO, WILL NOCK, HIMLA
HOLDINGS, INC., ERIN MARSZALEK, FRANK
PITT, individually and in his capacity as a trustee      :   17 Civ. _____ (   )
under a Will dated February 2, 2016, ADAM
RODRIGUEZ, MARIA RODRIGUEZ, ZACHARY  :
RODRIGUEZ, and XIAO LING WENG,

                Plaintiffs,

    - against -

THE BLEACHERS CORPORATION, SAM
KLEIN, KF PECKSLAND LLC, JOSEPH LIPARI,  :
MICHAEL BAIR, J. LAWRENCE CONNOLLY,
DUNCAN EDWARDS, MICHAEL GUTH,
FRANK B. JORDAN, EMILY MOMMSEN,
MORRIS W. OFFIT, ROBERT ROSENBAUM,
and WILLIAM D. RUECKERT,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ATTACHMENT TO CIVIL COVER SHEET OF PLAINTIFF(S)' ADDRESS(ES) AND COUNTY(IES)

Jodi Ann Jones
20 Beacon Way, M-307
Jersey City, New Jersey 07304
County: Hudson

Matt Franklin
86 Traditions Way
Powell, Ohio 43065
County: Delaware

Frank Pitt
PO Box 410682
Melbourne, Florida 32941
County: Brevard

Adam Rodriguez
65 South 11th Street
Brooklyn, New York 11249
County: Kings

## ATTACHMENT TO CIVIL COVER SHEET OF
## PLAINTIFF(S)' ADDRESS(ES) AND COUNTY(IES)

Evgeniy Kirichenko
1674 West Fifth Street, Apt. C2
Brooklyn, New York 11223
County: Kings

Will Nock
2112 SW 16th Terrace
Fort Lauderdale, Florida 33315
County: Broward

Himla Holdings, Inc.
2112 SW 16th Terrace
Fort Lauderdale, Florida 33315
County: Broward

Erin Marszalek
2222 Franklin Street, Apt A
Denver, Colorado 80205
County: Denver

Maria Rodriguez
52 Reeds Lane
Flintstone, Georgia 30725
County: Walker

Zachary Rodriguez
52 Reeds Lane
Flintstone, Georgia 30725
County: Walker

Xiao Ling Weng
2068 East 24th Street
Brooklyn, New York 11229
County: Kings

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JODI ANN JONES, individually and as assignee :
of Jack Becht, MATT FRANKLIN, EVGENIY
KIRICHENKO, WILL NOCK, HIMLA :
HOLDINGS, INC., ERIN MARSZALEK, FRANK
PITT, individually and in his capacity as a trustee   :   17 Civ. _____ (   )
under a Will dated February 2, 2016, ADAM
RODRIGUEZ, MARIA RODRIGUEZ, ZACHARY :
RODRIGUEZ, and XIAO LING WENG,
                                                       :
                        Plaintiffs,
                                                       :
        - against -
                                                       :
THE BLEACHERS CORPORATION, SAM
KLEIN, KF PECKSLAND LLC, JOSEPH LIPARI, :
MICHAEL BAIR, J. LAWRENCE CONNOLLY,
DUNCAN EDWARDS, MICHAEL GUTH,         :
FRANK B. JORDAN, EMILY MOMMSEN,
MORRIS W. OFFIT, ROBERT ROSENBAUM,    :
and WILLIAM D. RUECKERT,
                                                       :
                        Defendants.
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ATTACHMENT TO CIVIL COVER SHEET OF
## DEFENDANT(S)' ADDRESS(ES) AND COUNTY(IES)

Bleachers Corporation
300 First Stamford Place, 4th Floor
Stamford, Connecticut 06902
County:   Fairfield

Emily Mommsen
1 Hawkwood Lane
Greenwich, CT 06830
County: Fairfield

## ATTACHMENT TO CIVIL COVER SHEET OF
## DEFENDANT(S)' ADDRESS(ES) AND COUNTY(IES)

Michael Bair
Charter Communications a/k/a Charter Spectrum
Exec. V.P.
400 Atlantic Street, Suite 6
Stamford, CT 06901-3533
County: Fairfield

Sam Klein
131 Pecksland Road
Greenwich, Connecticut 06831
County: Fairfield

Joseph Lipari, Esq.
Roberts and Holland LLP
Worldwide Plaza
825 Eighth Avenue, 37th Floor
New York, NY 10019-7498
County: New York

William D. Rueckert
President
Oyster Management Group, LLC
772 King's Highway West
Southport, CT 06890
County: Fairfield

Robert Rosenbaum
WESCO
225 West Station Square Drive, Suite 700
Pittsburgh, PA 15219
County: Allegheny

Duncan Edwards
Five Mile Capital Partners LLC
Two Stamford Plaza
281 Tresser Blvd., 6th Floor
Stamford, CT 06901
County: Fairfield
- Or -

Frank B. Jordan
Head of Business Development and Client Partnership
Crestline Investors Inc.
201 Main St #1900
Fort Worth, TX 76102
County: Tarrant

Michael Guth
33 Highview Terrce
New Canaan, CT 06840
County: Fairfield

J. Lawrence Connolly
The Connolly Family Foundation
President
3971 Club Dr. NE
Atlanta, Georgia 30319
County: Fulton

Morris W. Offit
Offit Capital
485 Lexington Avenue - 24th Floor
New York, NY 10017
County: New York

KF Pecksland LLC
131 Pecksland Road
Greenwich, CT 06831
County: Fairfield
Or
300 First Stamford Place
Stamford, CT 06902
County: Fairfield

Duncan Edwards
Executive Director
Waterside School
770 Pacific Street
Stamford, CT 06902
County: Fairfield