UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JODI ANN JONES, individually and as assignee       :
of Jack Becht, MATT FRANKLIN, SEAN
EVGENIY KIRICHENKO, WILL NOCK, HIMLA   :
HOLDINGS, INC., ERIN MARSZALEK, FRANK
PITT, individually and in his capacity as a trustee     :
under a Will dated February 2, 2016, ADAM
RODRIGUEZ, MARIA RODRIGUEZ, ZACHARY   :
RODRIGUEZ, and XIAO LING WENG,

                                         :

               Plaintiffs,

               - against -

THE BLEACHERS CORPORATION, SAM
KLEIN, KF PECKSLAND LLC, JOSEPH LIPARI,   :
MICHAEL BAIR, J. LAWRENCE CONNOLLY,
DUNCAN EDWARDS, MICHAEL GUTH,          :
FRANK B. JORDAN, EMILY MOMMSEN,
MORRIS W. OFFIT, ROBERT ROSENBAUM,      :
and WILLIAM D. RUECKERT,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 7/2//17 |

17 Civ. 01941 (PGG)

STIPULATION AND ORDER
REGARDING STAY OF ACTION
PENDING MEDIATION AND
VOLUNTARY DISMISSAL AS
TO CERTAIN DEFENDANTS

WHEREAS, plaintiffs commenced this action on March 16, 2017; and

WHEREAS, by agreement of plaintiffs, no party-defendant has yet filed a

responsive pleading or a motion directed to the complaint in this action, and one defendant (Mr.

Rosenbaum) has not been served; and

WHEREAS, the parties have agreed to dismiss certain defendants;

WHEREAS, the remaining parties have agreed to submit this action to a

mediation before JAMS; and

WHEREAS, the remaining parties desire to stay this action as against defendants The Bleachers Corporation, Sam Klein, and KF Pecksland pending that mediation; and

WHEREAS, plaintiffs desire that the Court dismiss the within action under Fed. R. Civ. P. 41(a)(2) as against defendants Joseph Lipari, Michael Bair, J. Lawrence Connolly, Duncan Edwards, Michael Guth, Frank B. Jordan, Emily Mommsen, Morris W. Offit, Robert Rosenbaum, and William D. Rueckert (collectively, the "Dismissed Defendants"), without prejudice and without costs; and

WHEREAS, the remaining parties wish to make certain other agreements that will govern the future course of this action subject to the outcome of the mediation proceeding that the parties are working to schedule in October.

NOW, THEREFORE, the parties through their below-named counsel agree as follows, subject to the order of this Court.

1.     The Court, under Fed. R. Civ. P. 41(a)(2), dismisses the within action as against the Dismissed Defendants without prejudice and without costs.

2.     Further proceedings in this action as against defendants The Bleachers Corporation, Sam Klein, and KF Pecksland are stayed pending the mediation proceeding described in this stipulation and order.

3.     Counsel for plaintiffs will report to the Court concerning the status of the mediation within 30 days after it has occurred. If the mediation is unsuccessful, counsel for plaintiffs shall immediately notify the Court by ECF-filed letter, and will advise defendants by October 23, 2017, if they intend to amend the complaint, including amendment to add parties. Any amendment or motion for leave to amend, including to add parties, will be served by

November 20, 2017. If plaintiffs do not so advise defendants, defendants will answer, or move with respect to, the complaint by November 20, 2017.

              4.     The case management conference currently scheduled for August 3, 2017, is adjourned to November 20, 2017.

Dated: New York, New York
       July 21, 2017

KARLINSKY LLC

By: /s/ Martin E. Karlinsky
      Martin E. Karlinsky, Esq.
      Bonnie H. Walker, Esq.

1500 Broadway, 8th Floor
New York, New York 10036
(646) 437-1430
martin.karlinsky@karlinskyllc.com.
bonnie.walker@karlinskyllc.com

*Attorneys for Plaintiffs*

3

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ Richard Oelsner
     Richard Oelsner, Esq.

1133 Westchester Avenue
White Plains, NY 10604
150 East 42nd Street
New York, NY 10017
914.872.7107 (Direct)
914 589.1866 (Cell)
914.323.7000 (Main)
212-490-3000 (Main)
914.323.7001 (Fax)
212-490-3038 (Fax)
richard.oelsner@wilsonelser.com.

*Attorneys for Defendants The Bleachers Corporation, Joseph Lipari, Michael Bair, J. Lawrence Connolly, Duncan Edwards, Michael Guth, Frank B. Jordan, Emily Mommsen, Morris W. Offit, Robert Rosenbaum, and William D. Rueckert*


NIXON PEABODY LLP

By: /s/ Kristin Jamberdino, Esq.
     Kristin Jamberdino, Esq.

Tower 46
55 West 46th Street
New York, NY 10036-4120
Phone: 212-940-3000
Fax: 212-940-3111
kjamberdino@nixonpeabody.com

*Attorneys for Defendants Sam Klein and KF Pecksland LLC*

4

The next status conference in this matter will take place on
SO ORDERED:        Nov. 30, 2017 at 10:00 A.M

_____
U.S.D.J.
Paul G. Gardephe

July 24, 2017

5