USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JODI ANN JONES, individually and as assignee of Jack Becht, MATT FRANKLIN, EVGENIY KIRICHENKO, WILL NOCK, HIMLA HOLDINGS, INC., ERIN MARSZALEK, FRANK PITT, individually and in his capacity as a trustee under a Will dated February 2, 2016, ADAM RODRIGUEZ, MARIA RODRIGUEZ, ZACHARY RODRIGUEZ, and XIAO LING WENG,

Plaintiffs,

- against -

THE BLEACHERS CORPORATION, SAM KLEIN, KF PECKSLAND LLC, JOSEPH LIPARI, MICHAEL BAIR, J. LAWRENCE CONNOLLY, DUNCAN EDWARDS, MICHAEL GUTH, FRANK B. JORDAN, EMILY MOMMSEN, MORRIS W. OFFIT, ROBERT ROSENBAUM, and WILLIAM D. RUECKERT,

Defendants.

**ORDER OF DISMISSAL**

17 Civ. 1941 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty day period for restoration of the action

to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
       October 30, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge