UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JODI ANN JONES, individually and as assignee
of Jack Becht, MATT FRANKLIN, SEAN
EVGENIY KIRICHENKO, WILL NOCK, HIMLA
HOLDINGS, INC., ERIN MARSZALEK, FRANK
PITT, individually and in his capacity as a trustee
under a Will dated February 2, 2016, ADAM
RODRIGUEZ, MARIA RODRIGUEZ, ZACHARY
RODRIGUEZ, and XIAO LING WENG,

          Plaintiffs,

- against -

THE BLEACHERS CORPORATION, SAM
KLEIN, KF PECKSLAND LLC, JOSEPH LIPARI,
MICHAEL BAIR, J. LAWRENCE CONNOLLY,
DUNCAN EDWARDS, MICHAEL GUTH,
FRANK B. JORDAN, EMILY MOMMSEN,
MORRIS W. OFFIT, ROBERT ROSENBAUM,
and WILLIAM D. RUECKERT,

          Defendants.

------------------------------------- x

17 Civ. 01941 (PGG)

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/17

Under Fed. R. Civ. P. Rule 41(a)(1)(A), plaintiffs give notice that they voluntarily dismiss this action, with prejudice but without costs as to any party.

Dated: New York, New York
      December 6, 2017

                          KARLINSKY LLC

                          By: _____
                             Martin E. Karlinsky, Esq.
                          1500 Broadway, 8th Floor
                          New York, New York 10036
                          (646) 437-1430
                          martin.karlinsky@karlinskyllc.com.
                          *Attorneys for Plaintiffs*

TO: Richard Oelsner, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1133 Westchester Avenue
White Plains, NY 10604
150 East 42nd Street
New York, NY 10017
Phone: 914.872.7107
richard.oelsner@wilsonelser.com.

*Attorneys for Defendants The Bleachers Corporation, Joseph Lipari, Michael Bair, J. Lawrence Connolly, Duncan Edwards, Michael Guth, Frank B. Jordan, Emily Mommsen, Morris W. Offit, Robert Rosenbaum, and William D. Rueckert*

Kristin Jamberdino, Esq.
Daniell McLaughlin
NIXON PEABODY LLP
Tower 46
55 West 46th Street
New York, NY 10036-4120
Phone: 212-940-3000
kjamberdino@nixonpeabody.com

*Attorneys for Defendants Sam Klein and KF Pecksland LLC*

**SO ORDERED:**

_____
**U.S.D.J.**

Dec. 11, 2017